UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:15-CV-00861-GNS-CHL

ED BURKE									PLAINTIFF

v.

LAWRENCE & LAWRENCE, PLLC					DEFENDANT

## JUDGMENT

This matter having come before the Court on Defendant's Motion to Dismiss and for Summary Judgment (DN 43), and the Court on this dated having issued its Memorandum Opinion and Order granting the motion.

**IT IS HEREBY ORDERED** that judgment be entered in favor of Defendant Lawrence & Lawrence, PLLC consistent with the Court's Memorandum Opinion and Order.

This is a final and appealable order.

**Greg N. Stivers, Judge**
**United States District Court**
March 22, 2018

cc:   counsel of record